*In re* DESIGNACIÓN DE MIEMBROS A LA COMISIÓN PARA EL ESTUDIO Y EVALUACIÓN DE LA FUNCIÓN NOTARIAL EN PUERTO RICO.

*Número:* EC-2004-5          *Resuelto:* 22 de noviembre de 2004

## RESOLUCIÓN

El pasado 2 de septiembre de 2004 este Tribunal emitió la Resolución Núm. EC-2004-4 con la cual creó la Comisión para el Estudio y Evaluación de La Función Notarial en Puerto Rico. En dicha resolución se designó, además, a los miembros que la integrarán.

Con el propósito de ampliar la composición de dicha Comisión, *se designa a los Lcdos. Héctor Torres Vilá e Israel Pacheco como miembros adicionales. Estas designaciones tendrán efectividad inmediata.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*